**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Gary, | No. CV-18-02796-PHX-JAT |
| Plaintiff, | **ORDER** |
| v. | |
| Carbon Cycle Arizona LLC, et al., | |
| Defendants. | |

On January 22, 2019, Plaintiff accepted an offer of judgment from certain Defendants. (Doc. 46). On January 23, 2019, the Clerk of the Court entered judgment consistent with the offer and acceptance. (Docs. 47 and 48). Pending before the Court is Plaintiff's motion for order to show cause seeking to enforce this judgment. (Doc. 61).

Federal Rule of Civil Procedure 69 explains how to collect a money judgment. The Rule incorporates certain Arizona state court procedures and certain federal statutes. Plaintiff has failed to cite any governing law that would permit collection by a show cause hearing and/or holding Defendants in contempt.

Moreover, the case Plaintiff does cite (Doc. 61 at 2), *Thompson v. Arizona Movers*, CV 17-03819-PHX-DGC, was based on the Court enforcing a settlement agreement over which the Court retained jurisdiction. (Doc. 31, CV 17-3819). More significantly, however, Judge Campbell's ultimate ruling in that case was, "Plaintiff shall execute on the award of attorney fees under the remedies of Rule 69." (Doc. 40, CV 17-3819). Thus, Plaintiff's cited case provides no support for going outside the procedures available under

| | |
|---|---|
| 1 | Federal Rule of Civil Procedure 69. |
| 2 | Based on the foregoing, relief in the form of a show cause hearing will be denied. |
| 3 | Additionally, the added remedy of filing a supplemental motion for attorney's fees for |
| 4 | bringing the show cause motion is also denied. |
| 5 | Nonetheless, the Court notes that the judgment at Doc. 48 is final,[1] notwithstanding |
| 6 | Defendants' arguments to the contrary. (Doc. 62). Thus, Plaintiff may begin collection |
| 7 | efforts consistent with Rule 69 immediately. |
| 8 | Accordingly, |
| 9 | **IT IS ORDERED** that the motion for order to show cause and motion to |
| 10 | supplement (Doc. 61) are denied. |
| 11 | Dated this 19th day of March, 2019. |

James A. Teilborg
Senior United States District Judge

---

[1] Thirty days have elapsed since the entry of judgment. S*ee* Federal Rule of Civil Procedure 62(a).